UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The Estate of DANIEL MILLER and
CORDELIA MILLER, in her capacity
as the Personal Representative for the
Estate of Daniel Miller,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, OFFICER DENNIS
HALE, OFFICER JESSE SWARTZ,
OFFICER MARKUS HULZAR,
LIEUTENANT JOHN KENNELLY,
and WARDEN GARY MINIARD,

    Defendants.

Case No. 22-10934
Honorable Laurie J. Michelson

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 6th day of January 2023 in Detroit, Michigan.

        KINIKIA ESSIX
        CLERK OF THE COURT

        By:    s/Erica Parkin
               DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: January 6, 2023