United States District Court for the Eastern
District of Michigan
File Number 2:22-cv-10934

| | |
|---|---|
| CORDELIA MILLER, as Personal Representative of the ESTATE OF DANIEL MILLER, Plaintiff<br><br>v.<br><br>MICHIGAN DEPARTMENT OF CORRRECTIONS, a political subdivision of the State of Michigan, OFFICER DENNIS HALE, OFFICER JESSE SWARTZ, OFFICER MARKUS HULZAR, LIEUTENANT JOHN KENNELLY, and WARDEN GARY MINIARD, Defendants | **Notice of Appeal** |

Notice is hereby given that CORDELIA MILLER, as Personal Representative of the ESTATE OF DANIEL MILLER, Plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order granting Defendants' Motion to Dismiss entered in this action on the 6th day of January, 2023.

Respectfully submitted,
*/s/ Caitlin E. Malhiot*
Caitlin E. Malhiot (P76606)
**MARKO LAW, PLLC**
1300 Broadway Street, Fifth Floor
Detroit, MI 48226
(313) 777-7529 / F: (313) 771-5785
Email: cait@markolaw.com

Date: February 8, 2023

1

## **PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **February 8, 2023**, via:

| | |
|---|---|
| ☐ U.S. Mail | ☐ Fax |
| ☐ Hand Delivered | ☐ Overnight Carrier |
| ☐ Certified Mail | ☐ Other: <u>Mi-FILE Truefiling</u> |
| ☒ ECF System | ☐ Email |

*/s/ Denise McHenry*

2